IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES CLARKE, JR.,

    Plaintiff,

vs.                                    CASE NO. 5:05cv139-RS

JOE ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Document 20). Plaintiff has not filed objections and has previously filed a Motion to Dismiss Complaint (Document 19). Defendant has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on March 7, 2006.

                                                          /S/ Richard Smoak
                                                          **RICHARD SMOAK**
                                                          **UNITED STATES DISTRICT JUDGE**